# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | CHAPTER 7 |
| ) | |
| TZEW HOLDCO LLC, *et al.*,[1] ) | CASE NO. 20-10910 (KBO) |
| ) | (Jointly Administered) |
| Debtor. ) | |
| _____ ) | |
| ) | |
| JEOFFREY L. BURTCH, Chapter 7 ) | ADV. CASE NO. 22-50255 (KBO) |
| Trustee, ) | |
| ) | **Related Docket No. __** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| TYLER ZACHEM, an individual, ) | |
| DAVID BASTO, an individual, ) | |
| JOHN OVERBAY, an individual, ) | |
| JOHN MALLOY, an individual, ) | |
| JEFFREY FRIENT, an individual, ) | |
| MICHAEL SHORT, an individual, ) | |
| DAVID TOLMIE, an individual, and ) | |
| JEFFREY DANE, an individual, ) | |
| ) | |
| Defendants. ) | |
| _____ | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW THE REFERENCE

**THIS MATTER** came before the Court on the Plaintiff's Motion to Withdraw Reference of this Adversary Proceeding to the District Court Pursuant to 28 U.S.C. § 157 Based Upon Jury Trial Demand (the "Motion") [D.I.__]. In the Motion, Plaintiff Jeoffrey L. Burtch, Chapter 7

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each entity's federal tax identification number and respective bankruptcy case numbers, are: (i) TZEW Holdco LLC (0252), 20-10910 (KBO); (ii) PP Group, LLC f/k/a Apex Parks Group, LLC d/b/a TZEW, LLC (5579), 20-10911 (KBO); (iii) PP Property Holdings, LLC f/k/a Apex Real Property Holdings, LLC (1013), 20-10912 (KBO); (iv) PP Parks Beverage Company, LLC f/k/a Speedzone Beverage company, LLC (2339), 20-10913 (KBO); (v) PP Parks Holdings, LLC f/k/a Speedzone Holdings, LLC (7913), 20-10914 (KBO); (vi) PP Parks Management, LLC f/k/a Speedzone Management, LLC (2937), 20-10915 (KBO); and (vii) TZEW Intermediate Corp d/b/a TZEW Corp. (1058), 20-10916 (KBO).

Trustee of the estates of the above-captioned Debtors, pursuant to 28 U.S.C. § 157(d) and Bankruptcy Court Local Rule 5011-1 seeks a withdrawal of the reference to conduct a jury trial, with all pre-trial matters to be heard and decided by the District Court.  Upon consideration of the relevant pleadings, it is

HEREBY ORDERED as follows:

1. The Motion is GRANTED.

2. Pursuant to 28 U.S.C. § 157, the mandatory reference of Adversary Proceeding No. 22-50255 (KBO) is withdrawn for purposes of a jury trial only when the case is trial ready, with the reference to the Bankruptcy Court to remain intact for all pre-trial matters, including case dispositive motions.

3. The Bankruptcy Court shall submit proposed findings of fact and conclusions of law to the District Court for *de novo* review and entry of any final order or judgment pursuant to 28 U.S.C. § 157(c)(1).

4. When the case is trial ready, the parties shall jointly file a notice with the District Court advising it of such, along with their request for the District Court to conduct the jury trial as permitted under this Order.

Dated: _____
Wilmington, Delaware

                                                          _____
                                                          UNITED STATES DISTRICT JUDGE