**In re TZEW Holdco, LLC**
**Burtch v. Zachem et al.**
**Adv. No. 22-50255 (KBO)**
**Service List**

Russell C. Silberglied, Esq.
Robert C. Maddox, Esq.
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
silberglied@rlf.com
maddox@rlf.com

*Counsel for David Basto and John Overbay*
*Delaware Counsel for John Malloy, Jeffrey Frient,*
*David Tolmie, Tyler Zachem, Michael Short and Jeffrey Dane*

Brian W. Ledebuhr, Esq.
**VEDDER PRICE LLP**
222 North LaSalle Street, Suite 2300
Chicago, IL 60601
(312) 609-7500
Bledebuhr@vedderprice.com

*Counsel for John Malloy, Jeffrey Frient & David Tolmie*

Heath D. Rosenblat, Esq.
Edward P. Gilbert, Esq.
**MORRISON COHEN LLP**
909 Third Avenue
New York, NY 10022
(212) 735-8600
egilbert@morrisoncohen.com
hrosenblat@morrisoncohen.com

*Counsel for Tyler Zachem*

Stephen J. Ginsberg, Esq.
Alexander D. Widell, Esq.
**MORITT HOCK & HAROFF LLP**
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
sginsberg@moritthock.com
awidell@moritthock.com

*Counsel for Michael Short and Jeffrey Dane*