# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| TZEW HOLDCO LLC, *et al.*,[1] | ) | CASE NO. 20-10910 (KBO) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| _____ | ) | |
| | | |
| JEOFFREY L. BURTCH, Chapter 7 Trustee, | ) ) | ADV. CASE NO. 22-50255 (KBO) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| TYLER ZACHEM, an individual, | ) | |
| DAVID BASTO, an individual, | ) | |
| JOHN OVERBAY, an individual, | ) | |
| JOHN MALLOY, an individual, | ) | |
| JEFFREY FRIENT, an individual, | ) | |
| MICHAEL SHORT, an individual, | ) | |
| DAVID TOLMIE, an individual, and | ) | |
| JEFFREY DANE, an individual, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | | |

## **CERTIFICATE OF SERVICE**

I, Susan E. Kaufman, Esq., certify under penalty of perjury that I am not less than 18

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each entity's federal tax identification number and respective bankruptcy case numbers, are: (i) TZEW Holdco LLC (0252), 20-10910 (KBO); (ii) PP Group, LLC f/k/a Apex Parks Group, LLC d/b/a TZEW, LLC (5579), 20-10911 (KBO); (iii) PP Property Holdings, LLC f/k/a Apex Real Property Holdings, LLC (1013), 20-10912 (KBO); (iv) PP Parks Beverage Company, LLC f/k/a Speedzone Beverage company, LLC (2339), 20-10913 (KBO); (v) PP Parks Holdings, LLC f/k/a Speedzone Holdings, LLC (7913), 20-10914 (KBO); (vi) PP Parks Management, LLC f/k/a Speedzone Management, LLC (2937), 20-10915 (KBO); and (vii) TZEW Intermediate Corp d/b/a TZEW Corp. (1058), 20-10916 (KBO).

years of age, and that on September 27, 2022 I caused the attached documents to be served upon the parties on the attached service list by email and regular pre-paid mail.

                                                 LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

Date:  September 27, 2022         *Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*